## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **MATTHEW BOYNTON,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) |
| **SUMMIT NATURAL GAS OF MAINE, INC.,** And **SUMMIT UTILITIES, INC.** | ) ) ) |
| **Defendants.** | ) ) |

### AFFIDAVIT OF TAWNY L. ALVAREZ

I, Tawny L. Alvarez, hereby depose and state as follows:

1. I am an attorney with the law firm of Verrill Dana, LLP, and am duly licensed to practice law before this Court.

2. I am submitting this Affidavit in conjunction with the Notice of Removal filed by Defendants Summit Natural Gas of Maine, Inc., and Summit Utilities, Inc., collectively "Defendants." All exhibits hereto are incorporated by reference as though set forth at length.

3. Attached to this Affidavit relative to the above-captioned matter, I am submitting for filing the entire record of this case together with the attested docket sheet in the Franklin County Superior Court ("State Court") as made prior to removal as follows:

    Exhibit A: Attested Docket Record;

    Exhibit B: Plaintiff's Complaint; and

    Exhibit C: Defendants' Answer to Complaint.

4. To the best of my knowledge, the attached records are accurate and represent the entirety of all records filed and/or docketed in connection with this matter in State Court prior to the filing of the Notice of Removal.

5. To the best of my knowledge, the attached records reflect every action taken in this matter by the State Court prior to removal.

6. To the best of my knowledge, this Court has received the entire State Court record in conjunction with the filing of the Notice of Removal.

Dated at Portland, Maine on November 22, 2019.

/s/ Tawny L. Alvarez
Tawny L. Alvarez, Esq.

VERRILL DANA, LLP
One Portland Square
Portland, ME 04101
(207) 774-4000

STATE OF MAINE
CUMBERLAND, ss.                                November 22, 2019

Personally appeared the above-named Tawny L. Alvarez and made oath that the foregoing Affidavit by her subscribed is true and correct based upon her personal knowledge.

Before me,

/s/ Jude A. Cluff
Notary Public
Commission Expires: October 27, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2019, I electronically filed with the Clerk of Court using the newcases.portland@med.uscourts.gov email system and served an electronic copy via email to Plaintiff's counsel below.

Sally Morris, Esq.
6 City Center, Suite 300
Portland, ME  04101
smorris@morrisemploymentlaw.com

Dated:  November 22, 2019

/s/  Tawny L. Alvarez
Tawny L. Alvarez
VERRILL DANA, LLP
One Portland Square
Portland, ME  04112
(207) 774-4000
talvarez@verrill-law.com

13339965_1